IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| Colley, | ) |
|         Plaintiff, | ) |
|     v. | )  Civil Case No.: 8:18-cv-03861-GLS |
| Airtec, Inc., | ) |
|         Defendant. | ) |

**ORDER**

Pending before this Court are the "Joint Motion for Settlement Approval" (ECF No. 37), and the "Consent Motion to Seal Settlement Agreement and Related Documents" (ECF No. 38), filed by the Plaintiff, Alicia Colley, and the Defendant, Airtec, Inc. The parties seek court approval of the agreement executed between them on May 14, 2020, by which they resolve this case, namely purported violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, as well as two state court actions that Defendant filed against the Plaintiff. (ECF No. 37-1).

On August 20, 2020, and on August 21, 2020, the Court issued a memorandum to the parties and a Paperless Order respectively, directing them to file a supplemental pleading in which they address their request to keep confidential the settlement agreement in light of current law related to maintaining documents under seal. (ECF Nos. 44, 45). On August 31, 2020, the parties filed a "Joint Supplement Regarding Consent Motion to File Settlement and Related Papers Under Seal." (ECF No. 46).

On October 13, 2020, this Court issued its oral opinion in this case during a status hearing. For the reasons articulated on the record at that hearing, ECF No. 37 is **GRANTED** and ECF No. 38 is **DENIED**.

The Clerk of the Court shall unseal ECF No. 37 and make it publicly available. The Clerk of the Court is also directed to close this case.


Dated: October 14, 2020                             /s/
                                        The Honorable Gina L. Simms
                                        United States Magistrate Judge